UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

L. G. B.M.,
M. M. B.M.,

Petitioners,

v.

ANGIE SALAZAR Acting Director of the Office of Refugee Resettlement (ORR), *et al.*,

Respondents.

No. 1:26-cv-01227-JPH-KMB

**ORDER**

The Court **accepts** the parties' joint stipulation of dismissal, dkt. [34]. The case is **dismissed without prejudice** pursuant to the parties' stipulation and Fed. R. Civ. P. 41(a)(1)(A)(ii).

The **clerk is directed** to enter **final judgment**.

**SO ORDERED.**

Date: 10/19/2026

James Patrick Hanlon

James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

Jeffrey D. Preston
DOJ-USAO
jeffrey.preston@usdoj.gov

Laura J Smith
Children's Legal Center
laura@childrenslegalcenterchicago.org